

Practice limited to Immigration and Nationality Law

PHILADELPHIA · NEW YORK · WASHINGTON D.C.

January 5, 2026

BY ECF
Hon. P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Initial conference is adjourned from January 12, 2026 to January 30, 2026 at 10:30 a.m.
Call-In Information is: 1-855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 1/5/2026

P. Kevin Castel
United States District Judge

Re: *EB5 Northeast RC LLC v. Noem, et al.*, 25-CV-8254 (PKC)

Dear Judge Castel:

In this APA unreasonable-delay case, this Court recently granted the Government an extension of its answer, such that its new answer deadline is January 16, 2026. This Court previously had set an initial pretrial conference for January 12, 2026.

Under this Court's *Individual Practices in Civil Cases*, § 1.C.vii, the parties jointly request that this Court adjourn the initial January 12 conference to a date on or around January 30, 2026. Today, undersigned counsel confirmed with AUSA Brandon Cowart that the Government agrees with this request.

Respectfully submitted,

s/ Duncan Fulton
Duncan T. Fulton, Counsel for Plaintiffs
Klasko Immigration Law Partners, LLP
1 Thomas Cir NW, Suite 700
Washington, DC 20005
Tel: 215-825-8670
Email: dfulton@klaskolaw.com

Cc: Counsel of Record (via ECF)